**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| VICTOR D. JONES, # 81756 | PETITIONER |
| vs. | CIVIL ACTION NO. 3:06-cv-438 HTW-LRA |
| STATE OF MISSISSIPPI | RESPONDENT |

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same, hereby orders that the petition for writ of habeas corpus is dismissed with prejudice and final judgment is hereby entered in favor of the respondent. The above-styled and numbered cause is fully and finally dismissed with prejudice.

**SO ORDERED, THIS THE 31st DAY OF January, 2008.**

                          **s/ HENRY T. WINGATE**
                          _____
                          **CHIEF UNITED STATES DISTRICT JUDGE**